UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 30, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 06-0150-GGH |
| Plaintiff, ) | |
| ) | ORDER FOR RELEASE OF |
| v. ) | PERSON IN CUSTODY |
| ) | |
| MARIA ISABEL CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   MARIA ISABEL CHAVEZ  , Case No.

MAG. 06-0150-GGH  , Charge  21USC § 841  , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        _X_    (Other)    Pretrial Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 30, 2006  at  2:00 pm  .

By   /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court