**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-06-236-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO JANUARY 19, 2007 |
| ) | |
| MARIA ISABEL CHAVEZ ,et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, November 17, 2006, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall be continued to Friday, January 19, 2007, at 9:00 a.m.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, November 17, 2006 to and including Friday, January 19, 2007, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|  | /s/ Jason Hitt by in person authorization |
| DATED: 11-16-06 | _____<br>JASON HITT<br>Assistant United States Attorney<br>Attorney for the Plaintiff |
| DATED: 11-16-06 | /s/ Russell W. Miller, Jr., by telephone authorization<br>_____<br>RUSSELL W. MILLER, JR.<br>Attorney for defendant Francisco Emillio Vega |
| DATED: 11-16-06 | /s/ Christopher Hadyn-Myer by in person authorization<br>_____<br>CHRISTOPHER HAYDN-MYER<br>Attorney for defendant Francisco Emillio Vega |
| DATED: 11-16-06 | /s/ JAMES R. GREINER<br>_____<br>JAMES R. GREINER<br>Attorney for defendant Maria Isabell Chavez |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

**Dated: November 17, 2006**

_____
**GARLAND E. BURRELL, JR.
United States District Judge**