1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.-S-06-236-GEB |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 23, 2007 |
| v. | ) | |
| MARIA ISABEL CHAVEZ ,et al., | ) | |
| DEFENDANTS. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, January 19, 2007, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall be continued to Friday, February 23, 2007, at 9:00 a.m.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, January 19, 2007 to and including Friday, February 23, 2007, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|   | /s/ Jason Hitt by telephone authorization |
| DATED: 1-18-07 | _____ |
|   | JASON HITT<br>Assistant United States Attorney<br>Attorney for the Plaintiff |

/s/ Russell W. Miller, Jr., by telephone authorization

DATED: 1-18-07  _____

RUSSELL W. MILLER, JR.
Attorney for defendant Francisco Emillio Vega

/s/ Christopher Hadyn-Myer by telephone authorization

DATED: 1-18-07  _____

CHRISTOPHER HAYDN-MYER
Attorney for defendant Francisco Emillio Vega

/s/ JAMES R. GREINER

DATED: 1-18-07  _____

JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: January 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge