1 | **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 | SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 | FAX: (916) 920-7951

5 | ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.-S-06-236-GEB |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 8, 2007 |
| v. | ) | |
| MARIA ISABEL CHAVEZ ,et al., | ) | |
| DEFENDANTS. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, May 18, 2007, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall be continued to Friday, June 8, 2007, at 9:00 a.m.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, May 18, 2007 to and including Friday, June 8, 2007, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

1

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 5-17-07

/s/ Jason Hitt by telephone authorization
_____
JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff


DATED: 5-17-07

/s/ Russell W. Miller, Jr., by telephone authorization
_____
RUSSELL W. MILLER, JR.
Attorney for defendant Francisco Emillio Vega


DATED: 5-17-07

/s/ Christopher Hadyn-Myer by telephone authorization
_____
CHRISTOPHER HAYDN-MYER
Attorney for defendant Francisco Emillio Vega


DATED: 5-17-07

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: May 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2