1  **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ
6

7
IN THE UNITED STATES DISTRICT COURT FOR THE
8
EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )        CR.-S-06-236-GEB
                                     )
11         PLAINTIFF,                )        STIPULATION AND PROPOSED ORDER
                                     )        TO CONTINUE STATUS CONFERENCE
12         v.                        )        TO AUGUST 17, 2007
                                     )
13  MARIA ISABEL CHAVEZ ,et al.,     )
                                     )
14                                   )
           DEFENDANTS.               )
15  _____)

16
        Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.
17
Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W.
18
Miller, Jr., and Mr. Christopher Haydn-Myer  and Maria Isabel Chavez, represented by her attorney,
19
Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday,
20
July 13, 2007, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall
21
be continued to Friday, August 17, 2007, at 9:00 a.m.
22
        The parties stipulate and agree that time shall be excluded from the speedy trial act from
23
Friday, July 13, 2007 to and including Friday, August 17, 2007, under Title 18 section
24
3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.
25

26

27

28
                                              1

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Jason Hitt by in person authorization

DATED: 7-12-07

_____
JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff


/s/ Russell W. Miller, Jr., by telephone authorization

DATED: 7-12-07

_____
RUSSELL W. MILLER, JR.
Attorney for defendant Francisco Emillio Vega


/s/ Christopher Hadyn-Myer by telephone  authorization

DATED: 7-12-07

_____
CHRISTOPHER HAYDN-MYER
Attorney for defendant Francisco Emillio Vega


/s/ James R. Greiner

DATED: 7-12-07

_____
JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  July 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2