```
 1  CHRISTOPHER HAYDN-MYER, Bar #176333
    1809 19th Street
 2  Sacramento, California 95811
    Telephone: (916) 622-1703
 3  Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    Francisco Emilio Vega
 6

 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,     )  CR. NO. S-06-0236
                                  )
11              Plaintiff,        )  STIPULATION; [PROPOSED] ORDER
                                  )
12       v.                       )
                                  )  DATE:  May 22, 2008
13  FRANCISCO EMILIO VEGA,        )  TIME:  10:00 a.m.
    MARIA ISABEL CHAVEZ           )  COURT: Hon. Garland E. Burrell,
14                                )         Jr.
                Defendants.       )
15                                )
    _____ )
16                                )
```

17     Defendant, FRANCISCO EMILIO VEGA, through Russell Miller and

18 Christopher Haydn-Myer, Attorneys At Law, and Defendant MARIA ISABEL

19 CHAVEZ, through James Greiner, and the United States of America,

20 through Assistant U.S. Attorney Jason Hitt, agree as follows:

21     It is hereby stipulated that the trial confirmation hearing

22 currently set for May 22, 2008 be vacated and that the trial currently

23 set for June 10, 2008 be vacated and that a new status conference be

24 scheduled on June 20, 2008 at 9:00 a.m. for the purpose of setting a

25 new trial date.

26     It is further stipulated and agreed between the parties that the

27 time under the Speedy Trial Act should be excluded from today's date to

28 June 20th, 2008, under Local Code T4, Title 18, United States Code

section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare.  As of today's date, both defendants are out of custody.  Counsel has spoken with both Mr. James Greiner and Russell Miller, and both attorneys have said they are currently in trial.

Dated: May 22, 2008

                      Respectfully submitted,

                      /s/ Christopher Haydn-Myer for
                      _____
                      RUSSELL MILLER
                      Attorney for Defendant
                      Francisco Emilio Vega

Dated: May 22, 2008

                      /s/ Christopher Haydn-Myer
                      _____
                      CHRISTOPHER HAYDN-MYER
                      Attorney for Defendant
                      Francisco Emilio Vega

Dated: May 22, 2008

                      /s/ Christopher Haydn-Myer for
                      _____
                      JAMES GREINER
                      Attorney for Defendant
                      Maria Isabel Chavez

DATED: May 22, 2008          McGREGOR W. SCOTT
_____  United States Attorney

_____
/S/ Christopher Haydn-Myer for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED It is hereby stipulated that the trial confirmation hearing currently set for May 22, 2008 be vacated and

2

1  the trial currently set for June 10, 2008 be vacated and that a new status
2  conference be scheduled on June 20, 2008 at 9:00 a.m. for the purpose of
3  setting a new trial date.
4       It is further stipulated and agreed between the parties that the time
5  under the Speedy Trial Act should be excluded from today's date to June
6  20th, 2008, under Local Code T4, Title 18, United States Code section
7  3161(h)(8)(B)(iv).

8  Dated:  May 27, 2008

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge

3