**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-06-236-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO SEPTEMBER 12, 2008 |
| ) | |
| MARIA ISABEL CHAVEZ ,et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, August 8, 2008, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall be continued to Friday, September 12, 2008, at 9:00 a.m.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, August 8, 2008 to and including Friday, September 12, 2008, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

1

This time between Friday, August 8, 2008 and Friday September 12, 2008, is reasonable in light of the parties continuing to have discussions in a good faith effort to resolve this matter without a trial which would save both the Court and the government valuable resources.

                Respectfully submitted,

                McGREGOR W. SCOTT
                UNITED STATES ATTORNEY

                /s/ Jason Hitt by in person authorization

DATED: 8-7-08

                JASON HITT
                Assistant United States Attorney
                Attorney for the Plaintiff

                /s/ Russell W. Miller, Jr., by telephone authorization

DATED: 8-7-08

                RUSSELL W. MILLER, JR.
                Attorney for defendant Francisco Emillio Vega

                /s/ Christopher Hadyn-Myer by telephone authorization

DATED: 8-7-08

                CHRISTOPHER HAYDN-MYER
                Attorney for defendant Francisco Emillio Vega

                /s/ James R. Greiner

DATED: 8-7-08

                JAMES R. GREINER
                Attorney for defendant Maria Isabell Chavez

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge