**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-06-236-GEB |
| )  PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| )  v. ) | TO OCTOBER 24, 2008 |
| )  MARIA ISABEL CHAVEZ ,et al., ) | |
| )  DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, September 12, 2008, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall be continued to Friday, October 24, 2008, at 9:00 a.m.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, September 12, 2008 to and including Friday, October 24, 2008, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

1

This time between Friday, September 12, 2008 and Friday October 24, 2008, is reasonable in light of the parties continuing to have discussions in a good faith effort to resolve this matter without a trial which would save both the Court and the government valuable resources.  The additional time will be beneficial for all counsel, especially since one defense attorney is currently in a murder trial which limits his availability of time for discussions but will allow discussions to continue.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 9-9-08

/s/ Jason Hitt by e mail authorization
_____
JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff

DATED: 9-9-08

/s/ Russell W. Miller, Jr., by telephone authorization
_____
RUSSELL W. MILLER, JR.
Attorney for defendant Francisco Emillio Vega

DATED: 9-9-08

/s/ Christopher Hadyn-Myer by telephone authorization
_____
CHRISTOPHER HAYDN-MYER
Attorney for defendant Francisco Emillio Vega

DATED: 9-9-08

/s/ James R. Greiner
_____
JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

**ORDER**

2

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3