1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   MARIA ISABEL CHAVEZ

6

7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )     CR.-S-06-236-GEB
                                     )
11        PLAINTIFF,                 )     STIPULATION AND PROPOSED ORDER
                                     )     TO CONTINUE THE DATE ON WHICH
12        v.                         )     THE DEFENSE IS TO FILE MOTIONS
                                     )     IN THIS CASE TO FRIDAY,
13  MARIA ISABEL CHAVEZ ,et al.,     )     DECEMBER 12, 2008
                                     )
14                                   )
          DEFENDANTS.                )
15  _____ )

16
          Plaintiff United States of America, by its counsel, Assistant United States
17
    Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by
18
    his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer  and Maria
19
    Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate
20
    and agree that the date upon which the defense shall file motions in this case shall be
21
    extended to on or before Friday, December 12, 2008.
22
          The parties stipulate and agree that time shall be excluded from the speedy trial
23
    act from Friday, October 24, 2008 to and including Friday, December 12, 2008, under
24
    Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the
25
    case.
26

27

28
                                         1

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Jason Hitt by e mail authorization

DATED: 11-25-08

JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff

/s/ Russell W. Miller, Jr., by telephone authorization

DATED: 11-25-08

RUSSELL W. MILLER, JR.
Attorney for defendant Francisco Emillio Vega

/s/ Christopher Hadyn-Myer by telephone authorization

DATED: 11-25-08

CHRISTOPHER HAYDN-MYER
Attorney for defendant Francisco Emillio Vega

/s/ James R. Greiner

DATED: 11-25-08

JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

## ORDER

**IT IS SO ORDERED.**

Dated:  November 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2