**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.-S-06-236-GEB |
| PLAINTIFF, | ) ) | STIPULATION AND PROPOSED ORDER TO RE-SET THE TRIAL DATE |
| v. | ) ) | |
| MARIA ISABEL CHAVEZ ,et al., | ) ) | |
| DEFENDANTS. | ) ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the present Trial confirmation hearing date of February 27, 2009, and the trial date of March 17, 2009, may be vacated off of the Court's calendar by the Court.

The parties, Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner,

1

1  hereby stipulate and agree that a new Trial confirmation hearing date of June 19,
2  2009, at 9:00 am in Department 10, on the 13th floor and new Trial date of July 7,
3  2009, beginning at 9:00 a.m. in Department 10 on the 13th floor, may be set by the
4  Court.

5      The Court's court room deputy, Ms. Shani Furstenau, was contacted to ensure
6  the Court is available on both the Trial Confirmation hearing date and the new Trial
7  date, and the Court is available. The parties estimate the trial should take no more
8  than 4 trial days, including picking of the jury and closing arguments.

9      The parties stipulate and agree that time shall be excluded from the speedy trial
10 act from Friday, October 24, 2008 to and including the new trial date, Tuesday, July
11 7, 2009, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney
12 preparation in the case.

13     This time between Friday, October 24, 2008 and Tuesday, July 7, 2009, is
14 reasonable in light of the parties continuing to have discussions in a good faith effort
15 to resolve this matter without a trial which would save both the Court and the
16 government valuable resources and allow those valuable resources to be expended on
17 other matters. In addition, the new trial date avoids any potential calendaring
18 conflicts.

19     Respectfully submitted,
20     LAWRENCE G. BROWN
       ACTING UNITED STATES ATTORNEY
21
       /s/ Jason Hitt by telephone authorization
22 DATED: 1-22-09     _____
       JASON HITT
23     Assistant United States Attorney
       Attorney for the Plaintiff
24
       /s/ Russell W. Miller, Jr., by telephone authorization
25 DATED: 1-22-09     _____
       RUSSELL W. MILLER, JR.
26     Attorney for defendant Francisco Emillio Vega

27

28     2

DATED: 1-22-09

/s/ Christopher Hadyn-Myer by telephone authorization

CHRISTOPHER HAYDN-MYER
Attorney for defendant Francisco Emillio Vega

DATED: 1-22-09

/s/ James R. Greiner

JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  January 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge

3