1  **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

6

7
IN THE UNITED STATES DISTRICT COURT FOR THE
8
EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,                )        CR.-S-06-236-GEB
                                            )
11 |         PLAINTIFF,                      )        STIPULATION AND PROPOSED ORDER
                                            )        TO VACATE THE HEARING DATE
12 |     v.                                  )        SET FOR DEFENSE MOTIONS
                                            )
13 | MARIA ISABEL CHAVEZ ,et al.,            )
                                            )
14 |                                         )
                                            )
15 |         DEFENDANTS.                     )
   | _____)

16
        Plaintiff United States of America, by its counsel, Assistant United States
17
Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by
18
his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer  and Maria
19
Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate
20
and agree that the hearing date set to hear motions in this case, Friday, January 23,
21
2009, may be vacated from the Court's calendar since no motions were filed.
22
        The parties stipulate and agree that time shall be excluded from the speedy trial
23
act from Friday, October 24, 2008 to and including the trial date, Tuesday, July 7,
24
2009, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney
25
preparation in the case.
26
        This time between Friday, October 24, 2008 and Tuesday, July 7, 2009, is
27

28
                                            1

1   reasonable in light of the parties continuing to have discussions in a good faith effort

2   to resolve this matter without a trial which would save both the Court and the

3   government valuable resources and allow those valuable resources to be expended on

4   other matters.

5                                          Respectfully submitted,

6                                          LAWRENCE G. BROWN
                                           ACTING UNITED STATES ATTORNEY

7                                          /s/ Jason Hitt by telephone authorization

8   DATED: 1-22-09
                                           JASON HITT
9                                          Assistant United States Attorney
                                           Attorney for the Plaintiff

10                                         /s/ Russell W. Miller, Jr., by telephone authorization

11  DATED: 1-22-09
                                           RUSSELL W. MILLER, JR.
12                                         Attorney for defendant Francisco Emillio Vega

13                                         /s/ Christopher Hadyn-Myer by telephone
                                           authorization

14  DATED: 1-22-09
                                           CHRISTOPHER HAYDN-MYER
15                                         Attorney for defendant Francisco Emillio Vega

16                                         /s/ James R. Greiner

    DATED: 1-22-09
17                                         JAMES R. GREINER
                                           Attorney for defendant Maria Isabell Chavez

18

19                                    **ORDER**

20           **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

21

22  Dated:  February 3, 2009

23

24  GARLAND E. BURRELL, JR.
    United States District Judge

25

26

27

28                                         2