**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.-S-06-236-GEB |
| PLAINTIFF, | ) | STIPULATION AND PROPOSED ORDER TO RE-SET THE TRIAL DATE |
| v. | ) | |
| MARIA ISABEL CHAVEZ ,et al., | ) | |
| DEFENDANTS. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the present Trial confirmation hearing date of June 19, 2009, and the present trial date of July 7, 2009, may be vacated off of the Court's calendar by the Court.

The parties, Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendants: Francisco Emillio Vega represented by his attorneys, Mr. Russell W. Miller, Jr., and Mr. Christopher Haydn-Myer and Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner,

1

hereby stipulate and agree that a new Trial confirmation hearing date of Friday, November 20, 2009, at 9:00 am in Department 10, on the 13th floor and new Trial date of Tuesday, December 8, 2009, beginning at 9:00 a.m. in Department 10 on the 13th floor, may be set by the Court.

The Court's court room deputy, Ms. Shani Furstenau, was contacted to ensure the Court is available on both the Trial Confirmation hearing date and the new Trial date, and the Court is available. The parties estimate the trial should take no more than 4 trial days, including picking of the jury and closing arguments.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, October 24, 2008 to and including the new trial date, Tuesday, December 8, 2009, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

This time between Friday, October 24, 2008 and Tuesday, December 8, 2009, is reasonable in light of the parties continuing to have discussions in a good faith effort to resolve this matter without a trial which would save both the Court and the government valuable resources and allow those valuable resources to be expended on other matters. In addition, the new trial date avoids any potential calendaring conflicts.

Respectfully submitted,

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 5-20-09

/s/ Jason Hitt by telephone authorization
_____
JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff

DATED: 5-20-09

/s/ Russell W. Miller, Jr., by e mail authorization
_____
RUSSELL W. MILLER, JR.
Attorney for defendant Francisco Emillio Vega

2

| | |
|---|---|
| DATED: 5-20-09 | /s/ Christopher Hadyn-Myer by e mail authorization |
| | CHRISTOPHER HAYDN-MYER |
| | Attorney for defendant Francisco Emillio Vega |
| DATED: 5-20-09 | /s/ James R. Greiner |
| | JAMES R. GREINER |
| | Attorney for defendant Maria Isabell Chavez |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: May 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge

3