```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-00236 GEB |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| FRANCISCO VEGA, and ) | |
| MARIA CHAVEZ, ) | |
| ) | |
| Defendants. ) | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Francisco Vega, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Francisco Vega's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)    Approximately $2,663.00 in U.S. Currency; and

    b)    Approximately $791.00 in U.S. Currency.

2. The above-listed property constitutes, or is derived from,

1  proceeds obtained, directly or indirectly, as a result of a
2  violation of 21 U.S.C. § 841(a)(1), and was property used, or
3  intended to be used, in any manner or part, to commit, or to
4  facilitate the commission of the said violation.
5       3.  Pursuant to Rule 32.2(b), the Attorney General (or a
6  designee) shall be authorized to seize the above-listed property.
7  The aforementioned property shall be seized and held by the U. S.
8  Marshals Service, in its secure custody and control.
9       4.  a.  Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the
10 United States shall publish notice of the order of forfeiture.
11 Notice of this Order and notice of the Attorney General's (or a
12 designee's) intent to dispose of the property in such manner as the
13 Attorney General may direct shall be posted for at least 30
14 consecutive days on the official internet government forfeiture site
15 [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent
16 practicable, provide direct written notice to any person known to
17 have alleged an interest in the property that is the subject of the
18 order of forfeiture as a substitute for published notice as to those
19 persons so notified.
20           b.  This notice shall state that any person, other than
21 the defendant, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60) days
23 from the first day of publication of the Notice of Forfeiture posted
24 on the official government forfeiture site, or within thirty (30)
25 days from receipt of direct written notice, whichever is earlier.
26      5.  If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final Order
28

of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

Dated:   January 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge