**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MARIA ISABEL CHAVEZ ,et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.-S-06-236-GEB <br><br> STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO FRIDAY APRIL 9, 2010 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendant Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference presently set for Friday, February 26, 2010 , may be vacated off of the Court's calendar by the Court and a new status conference of Friday, April 9, 2010, at 9:00 a.m. may be set on the Court's calendar.

The Court's court room deputy, Ms. Shani Furstenau, was contacted to ensure the Court is available on Friday, April 9, 2010, and the Court is available.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, February 26, 2010 to and including Friday, April 9, 2010, under Title 18 section 3161(h)(7) (A) and (B)(ii) and Local Code T-4 for attorney preparation in

1

the case.

This time between Friday, February 26, 2010 and Friday, April 9, 2010, is reasonable in light of the parties continuing to have discussions in a good faith effort to resolve this matter without a trial which would save both the Court and the government valuable resources and allow those valuable resources to be expended on other matters. The parties agree and stipulate that the ends of justice will be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

                Respectfully submitted,

                BENJAMIN B. WAGNER
                UNITED STATES ATTORNEY

DATED: 2-24-10     /s/ Jason Hitt by e mail authorization
                JASON HITT
                Assistant United States Attorney
                Attorney for the Plaintiff

DATED: 2-24-10     /s/ James R. Greiner
                JAMES R. GREINER
                Attorney for defendant Maria Isabell Chavez

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the

1  best interests of the public and the defendants in a speedy trial.
2       The Court orders that the time from the date of the parties' stipulation, February
3  26, 2010, to and including April 9, 2010, shall be excluded from computation of time
4  within which the trial of this case must be commenced under the Speedy Trial Act,
5  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable
6  time for defense counsel to prepare).  It is further ordered that the February 26, 2010,
7  status conference shall be continued until April 9, 2010, at 9:00 a.m.

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

Dated:  February 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3