**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-06-236-GEB |
| ) | |
|     PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE THE STATUS |
|     v. ) | CONFERENCE TO FRIDAY |
| ) | JULY 16, 2010 |
| MARIA ISABEL CHAVEZ ,et al., ) | |
| ) | |
| ) | |
|     DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendant Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference presently set for Friday, April 9, 2010 , may be vacated off of the Court's calendar by the Court and a new status conference of Friday, July 16, 2010, at 9:00 a.m. may be set on the Court's calendar.

The Court's court room deputy, Ms. Shani Furstenau, was contacted to ensure the Court is available on Friday, July 16, 2010, and the Court is available.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, April 9, 2010 to and including Friday, July 16, 2010, under Title 18 section 3161(h)(7) (A) and (B)(ii) and Local Code T-4 for attorney preparation in the

1

1   case.

2        This time between Friday, April 9, 2010 and Friday, July 16, 2010, is

3   reasonable in light of the parties continuing to have discussions in a good faith effort

4   to resolve this matter without a trial which would save both the Court and the

5   government valuable resources and allow those valuable resources to be expended on

6   other matters. The parties agree and stipulate that the ends of justice will be served by

7   granting the requested continuance outweigh the best interests of the public and the

8   defendants in a speedy trial.

9                              Respectfully submitted,

10                             BENJAMIN B. WAGNER
                               UNITED STATES ATTORNEY
11
                               /s/ Jason Hitt by e mail authorization
12   DATED: 4-7-10             _____
13                             JASON HITT
                               Assistant United States Attorney
                               Attorney for the Plaintiff
14
                               /s/ James R. Greiner
15   DATED: 4-7-10             _____
16                             JAMES R. GREINER
                               Attorney for defendant Maria Isabell Chavez

17

18

19                              **ORDER**

20

21        The Court, having received, read, and considered the stipulation of the parties,

22   and good cause appearing therefrom, adopts the stipulation of the parties in its

23   entirety as its order.  Based on the stipulation of the parties and the recitation of facts

24   contained therein, the Court specifically finds that the failure to grant a continuance

25   in this case would deny defense counsel reasonable time necessary for effective

26   preparation, taking into account the exercise of due diligence.  The Court finds that

27   the ends of justice to be served by granting the requested continuance outweigh the

28                                 2

1    best interests of the public and the defendants in a speedy trial.

2           The Court orders that the time from the date of the parties' stipulation Friday

3    April 9, 2010, to and including Friday July 16, 2010, shall be excluded from

4    computation of time within which the trial of this case must be commenced under the

5    Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code

6    T4 (reasonable time for defense counsel to prepare).  It is further ordered that the

7    Friday,  April 9, 2010, status conference shall be continued until, Friday,  July 16,

8    2010, at 9:00 a.m.

9

10          **FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

11   Dated:  April 9, 2010

12

13   _____

14   GARLAND E. BURRELL, JR.
     United States District Judge

3