1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-06-236-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE TO FRIDAY JANUARY 28, 2011 |
| ) | |
| v. ) | |
| ) | |
| MARIA ISABEL CHAVEZ ,et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendant Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference presently set for **Friday, October 29, 2010**, may be vacated off of the Court's calendar by the Court and a new status conference of **Friday, January 28, 2011**, at 9:00 a.m. may be set on the Court's calendar.

The Court's court room deputy, Ms. Shani Furstenau, was contacted to ensure the Court is available on **Friday, January 28, 2011**, and the Court is available.

The parties stipulate and agree that time shall be excluded from the speedy trial act from **Friday, October 29, 2010** to and including **Friday, January 29, 2011**,

1

under Title 18 section 3161(h)(7) (A) and (B)(ii) and Local Code T-4 for attorney preparation in the case.

The parties agree and stipulate that this time between **Friday, October 29, 2010** and **Friday, January 28, 2011**, is reasonable in light of the parties continuing to have discussions in a good faith effort to resolve this matter without a trial which would save both the Court and the government valuable resources and allow those valuable resources to be expended on other matters. The parties agree and stipulate that the ends of justice will be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 10-28-10

/s/ Jason Hitt by e mail authorization
_____
JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff

DATED: 10-28-10

/s/ James R. Greiner
_____
JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

2

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation **Friday, October 29, 2010,** to and including **Friday, January 28, 2011**, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code  T4 (reasonable time for defense counsel to prepare).  It is further ordered that the **Friday, October 29, 2010**, status conference shall be continued until, **Friday, January 28, 2011,** at 9:00 a.m.

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

Dated:  October 28, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3