**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MARIA ISABEL CHAVEZ ,et al., ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | CR.-S-06-236-GEB <br> MODIFIED <br> STIPULATION AND PROPOSED ORDER <br> TO CONTINUE THE STATUS <br> CONFERENCE TO FRIDAY <br> JULY 29, 2011 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendant Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference presently set for **Friday, April 22, 2011**, may be vacated off of the Court's calendar by the Court and a new status conference of **Friday, July 29, 2011**, at 9:00 a.m. may be set on the Court's calendar.

The Court's court room deputy, Ms. Shani Furstenau , was contacted to ensure the Court is available on **Friday, July 29, 2011**, and the Court is available.

The parties stipulate and agree that time shall be excluded from the speedy trial act from **Friday, April 22, 2011** to and including **Friday, July 29, 2011**, under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and  Title 18 section 3161(h)(7) (A)  and Local

1

Code T-4 for attorney preparation in the case.

The parties agree and stipulate that this time between **Friday, April 22, 2011** and **Friday, July 29, 2011**, is reasonable in light of the parties continuing to have discussions in a good faith effort to resolve this matter without a trial which would save both the Court and the government valuable resources and allow those valuable resources to be expended on other matters. The parties agree and stipulate that the ends of justice will be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial. Counsel for all parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18 U.S.C. section 3161(h)(7)(A) and Local Code T-4.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 4-19-11

/s/ Jason Hitt by telephone  authorization
_____
JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff

DATED: 4-19-11

/s/ James R. Greiner
_____
JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its

2

entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court finds that all counsel for all parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18 U.S.C. section 3161(h)(7)(A) and Local Code T-4.

The Court orders that the time from the date of the parties' stipulation **Friday, April 22, 2011,** to and including **Friday, July 29, 2011**, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv), and Title 18 U.S.C. § 3161(h)(7)(A), and Local Code  T4 (reasonable time for defense counsel to prepare).  It is further ordered that the **Friday, April 22, 2011**, status conference shall be continued until, **Friday, July 29, 2011,** at 9:00 a.m.

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

Dated:  April 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

3