IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                      No. 2:06-cr-0236 GEB KJN P

      vs.

FRANCISCO VEGA,

      Movant.                         <u>ORDER</u>

_____/

      On June 27, 2011, respondent was directed to show cause why sanctions should not be ordered based on respondent's failure to timely answer pursuant to the April 13, 2011 order. On June 28, 2011, respondent filed a response to the order to show cause, stating a request for extension of time was inadvertently filed in the companion civil case, 11-cv-0872 GEB KJN P. Because civil dockets for 28 U.S.C. § 2255 motions are opened for statistical purposes only, the court was unaware of respondent's May 16, 2011 request for extension of time. On June 27, 2011, respondent filed an opposition to movant's motion.

      Respondent sought an extension of time based on the need for a transcript of movant's plea colloquy before the district court on November 20, 2009. Good cause appearing, the request for extension of time is granted, and the opposition is deemed timely filed.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The June 27, 2011 order to show cause is discharged;

2. Respondent's May 16, 2011 request for extension of time is granted nunc pro tunc;

3. Respondent's June 27, 2011 opposition is deemed timely filed; and

4. Movant's traverse, if any, is due thirty days thereafter.

DATED: June 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vega0236.eot