1   **JAMES R. GREINER, ESQ.**
    CALIFORNIA STATE BAR NUMBER 123357
2   **LAW OFFICES OF JAMES R. GREINER**
    555 UNIVERSITY AVENUE, SUITE 290
3   SACRAMENTO, CALIFORNIA 95825
    TELEPHONE:(916) 649-2006
4   FAX: (916) 920-7951

5   ATTORNEY FOR DEFENDANT
    MARIA ISABEL CHAVEZ
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )        CR.-S-06-236-GEB
                                     )
11  PLAINTIFF,                       )        STIPULATION AND
                                     )        (PROPOSED) ORDER
12                                   )        TO CONTINUE THE STATUS
                                     )        CONFERENCE TO FRIDAY
13       v.                          )        OCTOBER 28, 2011
                                     )
14  MARIA ISABEL CHAVEZ ,et al.,     )
                                     )
15       DEFENDANTS.                 )
    _____ )
16

17       Plaintiff United States of America, by its counsel, Assistant United States

18  Attorney, Mr. Jason Hitt, and the defendant Maria Isabel Chavez, represented by her

19  attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference

20  presently set for **Friday, July 29, 2011**, may be vacated off of the Court's calendar

21  by the Court and a new status conference of **Friday, October  28, 2011**, at 9:00 a.m.

22  may be set on the Court's calendar.

23       The Court's  court room deputy, Ms. Shani  Furstenau , was contacted to

24  ensure the Court is available on **Friday, October 28, 2011**, and the Court is

25  available.

26       The parties stipulate and agree that time shall be excluded from the speedy trial

27  act from **Friday, July 29, 2011** to and including **Friday, October 28, 2011**, under

28                                        1

1   Title 18 U.S.C. section 3161(h)(7)(B)(iv) and  Title 18 section 3161(h)(7) (A)  and

2   Local Code T-4 for attorney preparation in the case.

3        The parties agree and stipulate that this time between **Friday, July 29,  2011**

4   and **Friday, October 28,  2011**, is reasonable in light of the parties continuing to

5   have discussions in a good faith effort to resolve this matter without a trial which

6   would save both the Court and the government valuable resources and allow those

7   valuable resources to be expended on other matters. The parties agree and stipulate

8   that the ends of justice will be served by granting the requested continuance outweigh

9   the best interests of the public and the defendant in a speedy trial in this case. The

10  parties agree and stipulate that defense counsel continues to do legal research on the

11  complex Advisory Sentencing Guidelines so that meaningful discussions with the

12  defendant about potential outcomes in this case continues. The parties agree and

13  stipulate that the defense legal research is necessary due to the complexity of the

14  Advisory Guidelines and the continuing amendments that the Advisory Guidelines

15  continues to go through, as it relates to the facts of this case.  In addition,  Counsel for

16  all parties stipulate that the ends of justice are served by the Court excluding such

17  time, so that counsel for the defendant may have reasonable time necessary for

18  effective preparation, taking into account the exercise of due diligence, 18 U.S.C.

19  section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18 U.S.C.

20  section 3161(h)(7)(A) and Local Code T-4.

21                          Respectfully submitted,

22                          BENJAMIN B. WAGNER
                        UNITED STATES ATTORNEY

23

24  DATED: 7-22-11          /s/ Jason Hitt by e mail  authorization

                        _____

25                          JASON HITT
                        Assistant United States Attorney
                        Attorney for the Plaintiff

26

27  DATED: 7-22-11          /s/ James R. Greiner

                        _____

28                               2

JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

**ORDER**

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds that the ends of justice in this case outweighs both the public's right to a speedy trial in this case and the defendant's right to a speedy trial in this case based on the following facts:

1- Defense counsel continues legal research into the complex Advisory Sentencing Guidelines so that meaningful discussions can continue with the defendant as to the many diverse options and outcomes in this case such that effective representation of the defendant in this case continues;

2- Defense counsel, by doing legal research into the complex Advisory Sentencing Guidelines as they may apply to the individual facts of this case , will continue to adequately advise and counsel the defendant so that knowing, intelligent and free decisions by the defendant are made in this case;

3- Defense counsel is actively engaged in conferences with the defendant regarding all aspects of this case and the time requested is reasonable to allow this process to continue exercising due diligence by counsel;

4- Each party is actively and continuously engaged in plea negotiations in a good faith attempt to resolve this case short of trial;

5- Based on the facts of this individual case the time requested is reasonable in light of the exercise of due diligence by counsel and the failure to grant such a continuance based on the totality of this case would deny defense counsel reasonable time necessary for effective preparation and representation**;**

Therefore, based on the Court's findings and the Court's adoption of the parties agreements and stipulations as set forth herein and supported by the findings of facts in this case as set forth herein, time is excluded under the Speedy Trial Act **from**

3

1 | **Friday, July 29, 2011 to and including Friday, October 28, 2011,** under the Speedy

2 | Trial Act under Local Code T-4 (time for defense counsel preparation) and Title 18

3 | U.S.C. section 3161(h)(7)(B)(iv).

4 |       The Court orders that the time from the date of the parties' stipulation **Friday,**

5 | **July 29,  2011,** to and including **Friday, October 28, 2011**, shall be excluded from

6 | computation of time within which the trial of this case must be commenced under the

7 | Speedy Trial Act, pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv), and Title 18

8 | U.S.C. § 3161(h)(7)(A), and Local Code  T4 (reasonable time for defense counsel to

9 | prepare).  It is further ordered that the **Friday, July 29, 2011**, status conference shall

10 | be continued until, **Friday, October 28, 2011,** at 9:00 a.m.

13 |       **FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

15 | Dated:  July 22, 2011

17 |

GARLAND E. BURRELL, JR.
United States District Judge

4