1 | **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 | SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 | FAX: (916) 920-7951

5 | ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

6

7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,           )           CR.-S-06-236-GEB
                                              )
11 | PLAINTIFF,                                )           STIPULATION AND
                                              )           (PROPOSED) ORDER
12 |                                           )           TO CONTINUE THE STATUS
      v.                                      )           CONFERENCE TO FRIDAY
13 |                                           )           JANUARY  27, 2012
      MARIA ISABEL CHAVEZ ,et al.,           )
14 |                                           )
                                              )
15 |      DEFENDANTS.                         )
      _____)

16

17 |        Plaintiff United States of America, by its counsel, Assistant United States

18 | Attorney, Mr. Jason Hitt, and the defendant Maria Isabel Chavez, represented by her

19 | attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference

20 | presently set for **Friday, October 28,  2011**, may be vacated off of the Court's

21 | calendar by the Court and a new status conference of **Friday, January  27, 2012**, at

22 | 9:00 a.m. may be set on the Court's calendar.

23 |        The Court's  court room deputy, Ms. Shani  Furstenau , was contacted to

24 | ensure the Court is available on **Friday, January  27, 2012**, and the Court is

25 | available.

26 |        The parties stipulate and agree that time shall be excluded from the speedy trial

27 | act from **Friday, October 28, 2011** to and including **Friday, January  27, 2012**,

28 |                                              1

1    under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and  Title 18 section 3161(h)(7) (A)

2    and Local Code T-4 for attorney preparation in the case.

3          The parties agree and stipulate that this time between **Friday, October 28,**

4    **2011** and **Friday, January  27,  2012**, is reasonable in light of the parties continuing

5    to have discussions in a good faith effort to resolve this matter without a trial which

6    would save both the Court and the government valuable resources and allow those

7    valuable resources to be expended on other matters. The parties agree and stipulate

8    that the ends of justice will be served by granting the requested continuance outweigh

9    the best interests of the public and the defendant in a speedy trial in this case. The

10   parties agree and stipulate that defense counsel continues to do legal research on the

11   complex Advisory Sentencing Guidelines so that meaningful discussions with the

12   defendant about potential outcomes in this case continues. The parties agree and

13   stipulate that the defense legal research is necessary due to the complexity of the

14   Advisory Guidelines and the continuing amendments that the Advisory Guidelines

15   continues to go through, as it relates to the facts of this case.  In addition,  Counsel for

16   all parties stipulate that the ends of justice are served by the Court excluding such

17   time, so that counsel for the defendant may have reasonable time necessary for

18   effective preparation, taking into account the exercise of due diligence, 18 U.S.C.

19   section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18 U.S.C.

20   section 3161(h)(7)(A) and Local Code T-4.

21                              Respectfully submitted,

22                              BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY
23
                                /s/ Jason Hitt by e mail  authorization
24   DATED: 10-25-11          _____
25                              JASON HITT
                                Assistant United States Attorney
                                Attorney for the Plaintiff
26
                                /s/ James R. Greiner
27   DATED: 10-25-11          _____

28                                         2

1

**JAMES R. GREINER**
Attorney for defendant Maria Isabell Chavez

2

3
### ORDER

**THE COURT MAKES THE FOLLOWING FINDINGS:**

4

5
The Court finds that the ends of justice in this case outweighs both the public's

6
right to a speedy trial in this case and the defendant's right to a speedy trial in this

7
case based on the following facts:

8
1- Defense counsel continues legal research into the complex Advisory

9
Sentencing Guidelines so that meaningful discussions can continue with the

10
defendant as to the many diverse options and outcomes in this case such that

11
effective representation of the defendant in this case continues;

12
2- Defense counsel, by doing legal research into the complex Advisory

13
Sentencing Guidelines as they may apply to the individual facts of this case ,

14
will continue to adequately advise and counsel the defendant so that knowing,

15
intelligent and free decisions by the defendant are made in this case;

16
3- Defense counsel is actively engaged in conferences with the defendant

17
regarding all aspects of this case and the time requested is reasonable to allow

18
this process to continue exercising due diligence by counsel;

19
4- Each party is actively and continuously engaged in plea negotiations in a

20
good faith attempt to resolve this case short of trial;

21
5- Defense counsel continues to have conferences with the defendant about the

22
case and the complex Advisory Sentencing guidelines;

23
6- Defense counsel continues to have conferences with the defendant about the

24
discovery in this case and the facts of this case;

25
7- Based on the facts of this individual case the time requested is reasonable in

26
light of the exercise of due diligence by counsel and the failure to grant such a

27
continuance based on the totality of this case would deny defense counsel

28

3

1  reasonable time necessary for effective preparation and representation;

2  Therefore, based on the Court's findings and the Court's adoption of the parties

3  agreements and stipulations as set forth herein and supported by the findings of facts

4  in this case as set forth herein, time is excluded under the Speedy Trial Act **from**

5  **Friday, October 28, 2011 to and including Friday, January 27, 2012,** under the

6  Speedy Trial Act under Local Code T-4 (time for defense counsel preparation), Title

7  18 U.S.C section 3161(h)(7)(A) and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

8  The Court orders that the time from the date of the parties' stipulation **Friday,**

9  **October 28,  2011,** to and including **Friday, January  27, 2012**, shall be excluded

10  from computation of time within which the trial of this case must be commenced

11  under the Speedy Trial Act, pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv),

12  and Title 18 U.S.C. § 3161(h)(7)(A), and Local Code  T4 (reasonable time for

13  defense counsel to prepare).  It is further ordered that the **Friday, October 28, 2011**,

14  status conference shall be continued to, **Friday, January 27, 2012,** at 9:00 a.m.

15  **FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

16  Dated:  October 27, 2011

17

18  _____

19  GARLAND E. BURRELL, JR.
    United States District Judge

20

21

22

23

24

25

26

27

28                                    4