**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>PLAINTIFF,  )<br>  )<br>  )<br>   v.  )<br>  )<br>MARIA ISABEL CHAVEZ ,et al.,  )<br>  )<br>  )<br>DEFENDANTS.  )<br>_____  ) | CR.-S-06-236-GEB<br><br>STIPULATION AND<br>(PROPOSED) ORDER<br>TO CONTINUE THE STATUS<br>CONFERENCE TO FRIDAY<br>MARCH 30, 2012 |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendant Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference presently set for **Friday, January 27, 2012**, may be vacated off of the Court's calendar by the Court and a new status conference of **Friday, March 30, 2012**, at 9:00 a.m. may be set on the Court's calendar.

    The Court's  court room deputy, Ms. Shani  Furstenau , was contacted to ensure the Court is available on **Friday, March 30, 2012**, and the Court is available.

    The parties stipulate and agree that time shall be excluded from the speedy trial act from **Friday, January 27, 2012** to and including **Friday, March 30, 2012**, under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and  Title 18 section 3161(h)(7) (A)  and

1

Local Code T-4 for attorney preparation in the case.

The parties agree and stipulate that this time between **Friday, January 27, 2012** and **Friday, March 30, 2012**, is reasonable in light of the parties continuing to have discussions in a good faith effort to resolve this matter without a trial which would save both the Court and the government valuable resources and allow those valuable resources to be expended on other matters. The parties agree and stipulate that the ends of justice will be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. The parties agree and stipulate that defense counsel continues to do legal research on the complex Advisory Sentencing Guidelines so that meaningful discussions with the defendant about potential outcomes in this case continues. The parties agree and stipulate that the defense legal research is necessary due to the complexity of the Advisory Guidelines and the continuing amendments that the Advisory Guidelines continues to go through, as it relates to the facts of this case.  In addition, Counsel for all parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18 U.S.C. section 3161(h)(7)(A) and Local Code T-4.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 1-24-12

/s/ Jason Hitt by e mail  authorization
_____
JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff

DATED: 1-24-12

/s/ James R. Greiner
_____
JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

2

**ORDER**

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds that the ends of justice in this case outweighs both the public's right to a speedy trial in this case and the defendant's right to a speedy trial in this case based on the following facts:

1- Defense counsel is actively engaged in conferences with the defendant regarding all aspects of this case and the time requested is reasonable to allow this process to continue exercising due diligence by counsel;

2- Each party is actively and continuously engaged in plea negotiations in a good faith attempt to resolve this case short of trial;

3- Defense counsel continues to have conferences with the defendant about the discovery in this case and the facts of this case;

4- Defense counsel continues legal research into the complex Advisory Sentencing Guidelines so that meaningful discussions can continue with the defendant as to the many diverse options and outcomes in this case such that effective representation of the defendant in this case continues;

5- Defense counsel, by doing legal research into the complex Advisory Sentencing Guidelines as they may apply to the individual facts of this case , will continue to adequately advise and counsel the defendant so that knowing, intelligent and free decisions by the defendant are made in this case;

6- Defense counsel continues to have conferences with the defendant about the discovery in this case and the facts of this case and the government's case;

7- Based on the facts of this individual case the time requested is reasonable in light of the exercise of due diligence by counsel and the failure to grant such a continuance based on the totality of this case would deny defense counsel reasonable time necessary for effective preparation and representation**;**

Therefore, based on the Court's findings and the Court's adoption of the parties

1  agreements and stipulations as set forth herein and supported by the findings of facts
2  in this case as set forth herein, time is excluded under the Speedy Trial Act **from**
3  **Friday, January 27, 2012 to and including Friday, March 30, 2012,** under the
4  Speedy Trial Act under Local Code T-4 (time for defense counsel preparation), Title
5  18 U.S.C section 3161(h)(7)(A) and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

6      The Court orders that the time from the date of the parties' stipulation **Friday,**
7  **January 27, 2012,** to and including **Friday, March 30, 2012**, shall be excluded
8  from computation of time within which the trial of this case must be commenced
9  under the Speedy Trial Act, pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv),
10 and Title 18 U.S.C. § 3161(h)(7)(A), and Local Code T4 (reasonable time for
11 defense counsel to prepare).  It is further ordered that the **Friday, January 27, 2012**,
12 status conference shall be continued to, **Friday, March 30, 2012,** at 9:00 a.m.

15     **FOR ALL THE REASONS STATED ABOVE AND GOOD CAUSE**
16 **SHOWN, IT IS SO ORDERED.**

17 Dated:  January 26, 2012

20 GARLAND E. BURRELL, JR.
United States District Judge

4