**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-06-236-GEB |
| PLAINTIFF, ) | STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE STATUS CONFERENCE TO FRIDAY September 28, 2012 |
| v. ) | |
| MARIA ISABEL CHAVEZ ,et al., ) | |
| DEFENDANTS. ) | |

   Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and the defendant Maria Isabel Chavez, represented by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference presently set for **Friday, August 31, 2012**, may be vacated off of the Court's calendar by the Court and a new status conference of **Friday, September 28, 2012**, at 9:00 a.m. may be set on the Court's calendar.

   The Court's court room deputy was contacted to ensure the Court is available on **Friday, September 28, 2012**, and the Court is available.

   The parties stipulate and agree that time shall be excluded from the speedy trial act from **Friday, August 31, 2012** to and including **Friday, September 28 2012**, under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Title 18 section 3161(h)(7) (A)

1

1 and Local Code T-4 for attorney preparation in the case.

2   The parties agree and stipulate that this time between **Friday, August 31,**
3 **2012** and **Friday, September 28, 2012**, is reasonable in light of the parties
4 continuing to have discussions, which have now narrowed in scope and become
5 focused in a good faith effort to resolve this matter without a trial which would save
6 both the Court and the government valuable resources and allow those valuable
7 resources to be expended on other matters. The attempted resolution is complicated
8 and involves several components, thus requiring the additional reasonable time
9 requested. The parties are acutely aware that the time to resolve this case, if it can be
10 resolved short of trial, is now at hand and this continuance is direct specifically at that
11 goal.

12   The parties agree and stipulate that the ends of justice will be served by
13 granting the requested continuance outweigh the best interests of the public and the
14 defendant in a speedy trial in this case. The parties agree and stipulate that defense
15 counsel continues to do legal research on the complex Advisory Sentencing
16 Guidelines so that meaningful discussions with the defendant about potential
17 outcomes in this case continues. The parties agree and stipulate that the defense legal
18 research is necessary due to the complexity of the Advisory Guidelines and the
19 continuing amendments that the Advisory Guidelines continues to go through, and
20 case law interpreting the Advisory Guidelines, as it relates to the facts of this case.

21   The parties are working diligently to resolve this case . The parties believe in
22 good faith this continuance should allow the parties the reasonable time, now that the
23 discussions have narrowed in scope and become focused, to crystalize their
24 positions and determine whether a resolution short of trial can be achieved. Both
25 parties are attempting in good faith and with diligence to resolve this matter short of
26 trial.

27   In addition, Counsel for all parties stipulate that the ends of justice are served

28

1 by the Court excluding such time, so that counsel for the defendant may have
2 reasonable time necessary for effective preparation, taking into account the exercise
3 of due diligence, 18 U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be
4 excluded under 18 U.S.C. section 3161(h)(7)(A) and Local Code T-4.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jason Hitt by e mail  authorization

DATED: 8-29-12
_____
JASON HITT
Assistant United States Attorney
Attorney for the Plaintiff

/s/ James R. Greiner

DATED: 8-29-12
_____
JAMES R. GREINER
Attorney for defendant Maria Isabell Chavez

3

## ORDER

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds that the ends of justice in this case outweighs both the public's right to a speedy trial in this case and the defendant's right to a speedy trial in this case based on the following facts:

1- Defense counsel states he is actively engaged in conferences with the defendant regarding all aspects of this case and the time requested is reasonable to allow this process to continue exercising due diligence by counsel;

2- The parties state they are actively and continuously engaged in a narrowed and focused plea negotiation in a good faith attempt to resolve this case short of trial;

3- Defense counsel states he continues to have conferences with the defendant about the discovery in this case, the facts of this case, and resolution short of trial;

**4-** . The parties state they are acutely aware that the time to resolve this case, if it can be resolved short of trial, is now at hand and this continuance is direct specifically at that goal;

5- Defense counsel states that he continues legal research into the complex Advisory Sentencing Guidelines so that meaningful discussions can continue with the defendant as to the many diverse options and outcomes in this case such that effective representation of the defendant in this case continues;

6- Defense counsel states that by doing legal research into the complex Advisory Sentencing Guidelines as they may apply to the individual facts of this case, he will continue to adequately advise and counsel the defendant so that knowing, intelligent and free decisions by the defendant are made in this

case;

7- Defense counsel states that he continues to have conferences with the defendant about the discovery in this case and the facts of this case and the government's case;

8- Further, defense counsel states based on the facts of this individual case the time requested is reasonable in light of the exercise of due diligence by counsel and the failure to grant such a continuance based on the totality of this case would deny defense counsel reasonable time necessary for effective preparation and representation**;**

The Court adopts the parties agreements and stipulations set forth herein and orders that time is excluded under the Speedy Trial Act **from Friday, August 31, 2012 to and including Friday, September 28, 2012,** under the Speedy Trial Act under Local Code T-4 (time for defense counsel preparation), Title 18 U.S.C section 3161(h)(7)(A) and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

It is further ordered that the **Friday, August 31, 2012**, status conference shall be vacated and a further status conference shall be set on, **Friday, September 28, 2012,** at 9:00 a.m. The parties should be prepared to explain at the hearing why this case should not be scheduled for trial since it has been pending since sometime in 2006.

Dated:  August 29, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

5