```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:06-cr-0236 TLN |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS |
| | ) THE INDICTMENT AND |
| v. | ) **ORDER** |
| MARIA CHAVEZ, | ) [FED. R. CRIM. P. 48(a)] |
| Defendant. | ) |

The United States of America, by and through its attorney of record, Assistant United States Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendant Maria CHAVEZ pursuant to Federal Rule of Criminal Procedure 48(a). This motion is made in the interests of justice. The government's evidence against CHAVEZ has substantially changed since the time of her Indictment and the undersigned has concluded that, in the interests of justice, the underlying charges against her must be dismissed at this time.

///

///

///

1  For these reasons, the undersigned respectfully moves this the Court
2  for an Order dismissing the pending Indictment against the defendant
3  in the interests of justice pursuant to Rule 48(a).

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED:   June 11, 2013          By:/s/Jason Hitt
                                                 JASON HITT
                                                 Assistant U.S. Attorney

**O R D E R**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment against defendant Maria CHAVEZ is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: June 11, 2013

_____
Troy L. Nunley
United States District Judge