JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORENY FOR DEFENDANT
MARIA ISABEL CHAVEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 02:06-cr-236-TLN |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER EXONERATING |
| ) | BOND |
| MARIA ISABEL CHAVEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On or about July 5, 2006 (See Docket Entry # 19), a Deed of Trust was posted by Eusebio and Ramona Chavez, Deed number 20060613 -1666 for property for property located in Elk Grove, California, receipt number 205 10995.  That property is commonly referred to as: 6128 Wild Fox Court, Elk

1

Grove, California, 95757. Ms. Maria Isabel Chavez had been arrested in this district based upon an indictment filed in this district (See Docket Entry # 7).

On June 13, 2013, this Court dismissed the indictment against Maria Isabel Chavez. (See Docket Entry # 133)

It is hereby requested that the property bond as described herein be exonerated in the above captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors, Eusebio and Ramona Chavez, the deed of trust received by the Clerk of the Court on or about July 5, 2006 (See Docket Entry # 19)

DATED: January 7, 2014          RESPECTFULLY SUBMITTED
                                /s/ JAMES R. GREINER
                                _____
                                JAMES R. GREINER
                                Attorney for Defendant
                                Maria Isabel Chavez

# ORDER

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the property bond received by the Clerk of this Court on July 5, 2006, regarding a Deed of Trust, Deed number 20060613 -1666 for property for property located in Elk Grove, California, receipt number 205 10995, for property commonly referred to as: 6128 Wild Fox Court, Elk Grove, California, 95757 is hereby exonerated.

The Clerk of this Court is Ordered to return to Eusebio and Ramona Chavez the Original Deed of Trust and Assignment of Rents, Substitution of Trustee and Full Reconveyance and Order of Exoneration.

**IT IS SO ORDERED.**

DATED: January 8th, 2014

_____
Troy L. Nunley
United States District Judge